

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-17-00253-CV

---

IN RE BLANCA ALONZO CARRIZALES, RELATOR

---

OPINION ON ORIGINAL PROCEEDING FOR WRIT OF MANDAMUS

---

July 31, 2017

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Relator, Blanca Alonzo Carrizales, and real party in interest, Lubbock County Hospital District d/b/a University Medical Center, have filed a joint motion to voluntarily dismiss this original proceeding. Without passing on the merits of relator's petition for writ of mandamus, we grant the motion and dismiss the petition. Having dismissed the petition for writ of mandamus at relator's request, no motion for rehearing will be entertained.

Per Curiam